September 11, 2017

**VIA ECF**

Honorable Laura Taylor Swain
United States District Court
Southern District Court
500 Pearl Street
New York, New York 10007

Re:     Zlozower et al. v. Motley Crue Inc. et al. (1:17-cv-06950-LTS-RLE)

Dear Judge Swain,

We represent Plaintiffs Neil Zlozower and Barry Levine. We respectfully request a three-week extension for both Plaintiffs and Defendants expert initial disclosures making them due on October 6, 2017.

The Courts consideration is much appreciated.

                                                Respectfully Submitted,

                                                /s/Richard Liebowitz
                                                Liebowitz Law Firm, PLLC
                                                11 Sunrise Plaza, Suite 305
                                                Valley Stream, New York 11580
                                                Tele: 516-233-1660
                                                RL@LiebowitzLawFirm.com

                                           *Attorneys for Plaintiff's Neil Zlozower and Barry Levine*