

January 24, 2018

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Zlozower et al. v. Motley Crue, Inc. et al. (1:16-cv-06950-LTS)*

Dear Judge Swain,

We represent Plaintiffs, Neil Zlozower and Barry Levine, in the above in-captioned case. The parties have reached a settlement in principle with respect to Defendant Jet.com, Inc. The parties are diligently working on the settlement agreement and anticipate that within thirty (30) days Plaintiffs and Jet.com, Inc. will file their stipulation of dismissal.

The Court's consideration is much appreciated.

                                  Respectfully submitted,

                                  /s/Richard Liebowitz
                                  Richard P. Liebowitz

                                *Counsel for Plaintiffs Neil Zlozower and Barry Levine*

