USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zlozower et al,<br><br>        Plaintiffs,<br><br>-against-<br><br>Motley Crue, Inc. et al,<br><br>        Defendants. | 1:16-cv-06950 (LTS) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

On January 19, 2017, this case was referred to Magistrate Judge Ellis for general pretrial management, including settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). On December 4, 2017, this case was reassigned to Magistrate Judge Aaron.

The parties are hereby ORDERED to appear before Magistrate Judge Aaron for a settlement conference. Counsel is directed to confer and select from the following dates a mutually-agreeable date for the settlement conference: Wednesday, February 21, 2018, at 10:00 a.m. or 2:00 p.m.; Thursday, February 22, 2018, at 10:00 a.m. or 2:00 p.m.; and Friday February 23, 2018, at 10:00 a.m. or 2:00 p.m. (all times are EST). Counsel should inform Judge Aaron's Chambers via email of the date selected no later than February 7, 2018.

The parties shall comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

SO ORDERED.

DATED: New York, New York
     January 31, 2018

_____
STEWART D. AARON
United States Magistrate Judge