USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zlozower et al,

                              Plaintiffs,

       -against-

Motley Crue, Inc. et al,

                              Defendants.

1:16-cv-06950 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court having been contacted by the parties with respect to settlement of this action, IT IS HEREBY ORDERED as follows:

1) On or before April 23, 2018, the parties shall finalize the settlement agreement between Plaintiff Barry Levine and Defendants; and

2) On or before March 30, 2018, the parties shall file a joint status report with respect to the settlement in principle reached between Plaintiff Neil Zlozower and Defendants. The status report should comply with District Judge Swain's Individual Practices. The status report shall reflect whether Zlozower or Defendants intend to seek restoration of the action to the calendar and/or the disposition of any pending or additional motions.

**SO ORDERED.**

DATED:     New York, New York
                March 27, 2018

_____
STEWART D. AARON
United States Magistrate Judge