

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

June 29, 2018

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Zlozower et al. v. Motley Crue, Inc. et al. (1:16-cv-06950-LTS-SDA)*

Dear Judge Swain,

We represent Plaintiff, Neil Zlozower, in the above in-captioned case. The parties have reached a settlement in principle subject to a mutually signed writing. The parties respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final notice of dismissal by such time.

The Court's consideration is much appreciated.

    Respectfully submitted,

    /s/Richard Liebowitz
    Richard P. Liebowitz

    *Counsel for Plaintiff Neil Zlozower*